396 A.2d 19

Commonwealth v. Churchill, Appellant.

Submitted December 6, 1977. Robert F. Pappano, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.